IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MAURICE HENDERSON, | ) | |
| #134 945 | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-1169-ID |
| | ) | (WO) |
| LOUIS BOYD, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #30), and Plaintiff's Objection, (Doc. #31). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #31) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #30) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. The Defendants' motion for summary judgment (Doc. #12) be and the same is hereby GRANTED; and

4. This case be and the same is hereby DISMISSED with prejudice.

DONE this the 5th day of August, 2011.

                                        /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE