IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MAURICE HENDERSON, #134 945 | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:09-CV-1169-ID (WO) |
| LOUIS BOYD, *et al.*, | ) ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Defendants, and against Plaintiff Anthony Maurice Henderson, and that Plaintiff take nothing by his said suit.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 5th day of August, 2011.

/s/W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE